## Tainter v. Brockway.

A parol promise to convey land in consideration of a promise to pay for them is void by the statute, etc.

Action upon a parol contract, in which the defendant in consideration of £600 which the plaintiff promised to pay him for a certain farm, and of $3 received as earnest money; the defendant agreed and promised to convey to her by deed, etc. his said farm, etc. describes it, and then assigns

a breach. The defendant pleads the Statute against Frauds and Perjuries, and avers said contract was by parol, etc.

Judgment — Plea sufficient. This is an executory contract, for the sale of lands and the payment of the $3 earnest, is not an execution of it, on one part.